270

NORTH AMERICAN LIGHT AND POWER COMPANY OF MAINE, Claimant,

*vs.* STATE OF ILLINOIS, Respondent.

*Opinion filed May 9, 1929.*

DRYER & BROWN, for claimant.

OSCAR E. CARLSTROM, Attorney General, DAVID J. KADVK, Assistant Attorney General, for respondent.

Per Curiam: This cause coming on to be heard upon motion of claimant, that it be allowed to dismiss its claim in the above entitled cause without prejudice and it appearing that there is no reason why the cause should not be dismissed;

It is therefore considered by the court, that the case be, and the same is hereby dismissed.